```
USDS SDNY  Castel,
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTORY RECORDS, INC., and ANOTHER
VICTORY, INC.,

                Plaintiffs,

- against -

VIRGIN RECORDS AMERICA, INC.,
a division of EMI MUSIC NORTH AMERICA,

                Defendant.
-----------------------------------------------------------X

Case No.: 08-CV-00314 (PKC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which Defendant Virgin Records America, Inc. may answer, move or otherwise respond to the Complaint in this action is extended through and including March 10, 2008.

Dated: New York, New York
         January 23, 2008

MELONI & MCCAFFREY, P.C.

By: _____
     Robert S. Meloni
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Telephone: (212) 957-5577

*Attorneys for Plaintiffs Victory Records, Inc. and Another Victory, Inc.*

JENNER & BLOCK LLP

By: _____
     Andrew H. Bart
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600

*Attorneys for Defendant Virgin Records America, Inc.*

**SO ORDERED:**

_____
for Hon. P. Kevin Castel, U.S.D.J.

14859