UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTORY RECORDS, INC., and ANOTHER
VICTORY, INC.,

            Case No.: 08-CV-00314 (PKC)

       Plaintiffs,

            **RULE 7.1 STATEMENT**

 - against -

VIRGIN RECORDS AMERICA, INC.,
a division of EMI MUSIC NORTH AMERICA,

       Defendant.
------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendant Virgin Records America, Inc. ("Virgin") certifies that Maltby Investments Limited is Virgin's ultimate parent company and that there are no publicly held corporations that own 10% or more of Virgin's stock.

Dated: New York, New York
       March 10, 2008

                          JENNER & BLOCK LLP

                          By: /s/ Andrew H. Bart
                            Andrew H. Bart
                            Carletta F. Higginson
                       919 Third Avenue, 37th Floor
                       New York, New York 10022
                       (212) 891-1600

                       *Attorneys for Defendant Virgin Records America,, Inc.*

15968

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTORY RECORDS, INC., and ANOTHER      :
VICTORY, INC.,                          :
                                        :  Case No.: 08-CV-00314 (PKC)
                                        :
             Plaintiffs,                :
                                        :  CERTIFICATE OF SERVICE
   - against -                          :
                                        :
VIRGIN RECORDS AMERICA, INC.,           :
a division of EMI MUSIC NORTH AMERICA,  :
                                        :
             Defendant.                 :
------------------------------------------------------------X
```

I, Carletta F. Higginson, do hereby certify that on this 10th day of March 2008 I caused the within **Rule 7.1 Statement** to be filed via the Southern District of New York's Electronic Case Filing system and caused same to be served via U.S. First Class mail delivery upon ***Robert S. Meloni, Esq., Meloni and McCaffrey, P.C.***, 1350 Avenue of the Americas, Suite 3100, New York, New York 10019 by having a true and correct copy of same wrapped in a postage-paid envelope and deposited into the care and custody of the United States Postal Service.

_____
Carletta F. Higginson

15986